LILLIAN DANIELS, an Infant, by MAY DANIELS, Her Guardian ad Litem, and ARTHUR DANIELS, Appellants, v. 1086 EAST 180TH STREET CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.; O'Malley, J., dissents and votes to reverse and grant a new trial.

MARGARET MAHER, as Administratrix, etc., of THOMAS GREGORY, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment dismissing the complaint at the close of the entire case unanimously reversed, and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the evidence presented issues of fact which should have been submitted to the jury. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

WALTER N. SMITH, Appellant, v. Hon. F. H. LAGUARDIA, Mayor of the City of New York, Hon. FRANK TAYLOR, Comptroller of the City of New York and THE NEW YORK EDISON Co., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon and Cohn, JJ.

MICHAEL STREBLER, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of KNICKERBOCKER THEATRES, INC., and CLINTON-APOLLO THEATRE CORP., Appellants, for an Order Requiring MAX D. STEUER, an Attorney and Counselor at Law, Respondent, to Turn Over unto Them Certain Moneys Now in His Possession and Determining the Amount of Compensation that Said MAX D. STEUER Shall Be Entitled to, to Be Asserted as a Lien against Such Moneys, Pursuant to Section 475 of the Judiciary Law.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ARTHUR V. GESSLER, Respondent, v. MAREL BROS. ICE CREAM Co., INC., and MORRIS MAREL, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

VANDERBILT WEBB, Respondent, v. SHOZO WATANABE, Defendant, Impleaded with SEUICHI YUYAMA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

FRANCISCO DEL MORAL, SR., FRANCISCO DEL MORAL, JR., ALEJAN MARINI and the Estate of CARMEN NADAL, Widow of DEL MORAL, Incompetent, Copartners Doing Business as MORAL & COMPANY, Appellants, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of LOUIS W. DINKELSPIEL, an Attorney.— Motion denied. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

In the Matter of ROBERT S. MULLEN, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.